UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

RICHEKAD JEAN,

       Plaintiff,                  Case No. 1:21-cv-432

v.                                         Honorable Paul L. Maloney

TRACY JOHNS et al.,

       Defendants.
_____/

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to apprise the Court of Plaintiff's current address.

Dated:  August 19, 2021                /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                          United States District Judge